**Order entered July 31, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00250-CR
No. 05-18-00251-CR

**CHRISTOPHER ROGERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-34648-Q & F16-55015-Q**

## ORDER

Appellant's brief was due June 13, 2018. When it was not filed, we notified appellant by postcard dated June 15, 2018, and instructed him to file his brief and a motion to extend time to file the brief by June 25, 2018. To date, no brief or motion has been filed, and we have had no communication from appellant.

Therefore, we **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute these appeals or whether appellant has abandoned the appeals. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's

absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send a copy of this order to the Honorable Tammy Kemp, Presiding Judge, 204th Judicial District Court; to counsel John Tatum; and to the Dallas County District Attorney.

These appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier

/s/     LANA MYERS
        JUSTICE